IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BILLY TERRELL ADAMS**                                                                   **PETITIONER**
**ADC #101322**

v.                          Case No. 5:14-cv-00067-KGB-JTK

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                       **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 7). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. It is therefore ordered that petitioner Billy Terrell Adams's petition for writ of habeas corpus is dismissed with prejudice. The requested relief is denied, and all pending motions are denied as moot.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which Mr. Adams has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

SO ORDERED this the 15th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE