IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BILLY TERRELL ADAMS** **PETITIONER**
**ADC #101322**

v.   Case No. 5:14-cv-00067-KGB-JTK

**RAY HOBBS, Director,**
**Arkansas Department of Correction** **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice. A certificate of appealability is denied.

SO ADJUDGED this the 15th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE